# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| APG, LLC, | : | Case No. 3:23-cv-00170 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| DECATUR MOLD TOOL & ENGINEERING, INC. *et al.*, | : | |
| Defendants. | : | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Motion to Stay Case Pending Mediation (Doc. No. 37). For the reasons stated by the parties, and for good cause shown, the Court **GRANTS** the Motion and temporarily **STAYS** this litigation for 120 days while the parties participate in settlement negotiations.

The parties are **ORDERED** to file a joint status report every thirty days while the case is stayed. Additionally, the parties shall promptly notify the court when they have resolved the case or when they determine that they intend to proceed with litigation.

The parties are further **ORDERED** to participate in a Scheduling Conference with Judge Rose by telephone on Thursday, September 12, 2024 at 10:30 a.m.

IT IS SO ORDERED.

                                                *s/ Caroline H. Gentry*
                                                Caroline H. Gentry
                                                United States Magistrate Judge