UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| APG, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:23-cv-170 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| PROPLASTICS, LLC, *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER REGARDING JOINT NOTICE OF DISMISSAL (DOC. NO. 43)**

This matter is before the Court on the Parties' Joint Notice of Dismissal ("Notice") (Doc. No. 43). In the Notice, the Parties states, "[t]his Court shall retain continuing jurisdiction to enforce the terms of the settlement agreement between the parties." (*Id*. at PageID 383.)

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994) and incorporate appropriate language in any substituted judgment entry. If the Parties intend to preserve this Court's jurisdiction, then they must submit to the Court a copy of the fully-executed settlement agreement (either by filing it on the docket or emailing it to his chambers). The Court will not retain jurisdiction without first reviewing the fully-executed settlement agreement.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, November 12, 2024.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE